IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**E.J.T.**, a minor, by and through his
Conservator, InTRUSTment Northwest, Inc.,

Plaintiff,

v.

**JEFFERSON COUNTY**, a public body;
**TYLER W. ANDERSON**, in his individual
capacity; and **ARJANG ARYANFARD**, in
his individual capacity,

Defendants.

No. 3:20-cv-01990-JR

OPINION AND ORDER

**MOSMAN, J.,**

On June 15, 2021, Magistrate Judge Jolie A. Russo issued her Findings and Recommendation (F. & R.) [ECF 30]. Judge Russo recommends that I deny Defendants' Motion to Dismiss [ECF 8], grant Plaintiff's Motion to Certify Questions [ECF 23], and stay this action pending the Oregon Supreme Court's answers. Both sides objected to portions of the F. & R. *See* Pl.'s Objs. [ECF 40]; Defs.' Objs. [ECF 42]. Upon review, I agree with Judge Russo and ADOPT her F. & R. as my own opinion.

**STANDARD OF REVIEW**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F. & R. to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F. & R. depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F. & R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

I have reviewed the F. & R. and the parties' objections in accordance with the above-stated standard of review. I ADOPT Judge Russo's F. & R. [ECF 30] as my own opinion. Defendants' Motion to Dismiss [ECF 8] is DENIED. Plaintiff's Motion to Certify Questions [ECF 23] is GRANTED. This action is STAYED pending the Oregon Supreme Court's answers.

IT IS SO ORDERED.

DATED this 16th day of July, 2021.

MICHAEL W. MOSMAN
United States District Judge