JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
SARAH MONKTON, Bar No. 196018
sarah.monkton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
Telephone: (541) 382-3011
Facsimile: (541) 388-5410

*Of Attorneys for The Confederated Tribes of the
Warm Springs Reservation of Oregon*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| E.J.T., a minor, by and through his Conservator, InTRUSTment Northwest, Inc., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON COUNTY, a public body; TYLER W. ANDERSON, in his individual capacity; and ARJANG ARYANFARD, in his individual capacity, <br><br> Defendants. | Civil No.: 3:20-cv-1990-JR <br><br> DECLARATION of Michael Collins In Support of the Supplemental Memorandum by *Amicus Curiae* The Confederated Tribes of the Warm Springs Reservation of Oregon |

I, Michael Collins, declare and say:

1. I am the Director of Managed Care for *amicus curiae* The Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe"). I have personal knowledge about the eligibility requirements for receiving Indian Health Service ("IHS") services at the Warm Springs Service Unit—*i.e.*, the Warm Springs Health and Wellness Center, located on the Warm Springs Reservation.

Page 1 – DECLARATION of Michael Collins In Support of the Supplemental Memorandum by Amicus Curiae The Confederated Tribes of the Warm Springs Reservation of Oregon
12805.09827/40710867.2

2. The Tribe considers minor children who are eligible for enrollment with the Tribe to be "persons of Indian descent belonging to the Indian community" and thus eligible for services at the Warm Springs Health and Wellness Center in accordance with 42 C.F.R. § 136.12(a).

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on September 23, 2022.

*/s/ Michael Collins*
Michael Collins

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2022, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

BEST BEST & KRIEGER LLP

*s/ Josh Newton*
Josh Newton, Bar No. 983087
Sarah Monkton, Bar No. 196018

*Of Attorneys for The Confederated Tribes of the Warm Springs Reservation of Oregon*