JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
SARAH MONKTON, Bar No. 196018
sarah.monkton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
Telephone: (541) 382-3011
Facsimile: (541) 388-5410

*Of Attorneys for The Confederated Tribes of the Warm Springs Reservation of Oregon*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **E.J.T.**, a minor, by and through his Conservator, InTRUSTment Northwest, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **JEFFERSON COUNTY,** a public body; **TYLER W. ANDERSON**, in his individual capacity; and **ARJANG ARYANFARD**, in his individual capacity, <br><br> Defendants. | Civil No.: 3:20-cv-1990-JR <br><br> DECLARATION of Lucille Suppach-Samson In Support of the Supplemental Memorandum by *Amicus Curiae* The Confederated Tribes of the Warm Springs Reservation of Oregon |

I, Lucille Suppach-Samson, declare and say:

1. I am the Enrollment Officer for the Vital Statistics Department of The Confederated Tribes of the Warm Springs Reservation of Oregon ("Tribe").

Page 1 – DECLARATION of Lucille Suppach-Samson In Support of Supplemental Memorandum by *Amicus Curiae* The Confederated Tribes of the Warm Springs Reservation of Oregon
12805.09827\40721427.3

**EXHIBIT 2**
**PAGE 1 OF 3**

2. The Tribe's Vital Statistics Department is responsible for maintaining all vital statistics records for tribal members, including birth, death, and marriage certificates, related court orders, social security information, and lineage information.

3. The Vital Statistics Department is also responsible for determining an applicant's eligibility for enrollment as a tribal member, and for preparing enrollment documents for submission to Tribal Council for the enrollment of new members.

4. The Tribe has exclusive authority to determine its own membership.

5. I have reviewed the records of the Vital Statistics Department with respect to Plaintiff, as well as the records of his father, Andre Thomas. Andre Thomas is an enrolled member of the Tribe.

6. Plaintiff is under eighteen years of age, is the biological child of a member of the Tribe (Mr. Thomas), and is eligible for automatic enrollment with the Tribe. Plaintiff meets the requirements for automatic enrollment because he has the required blood quantum, his father is an enrolled member of the Tribe, and his father maintained a residence on the Reservation at the time of his birth.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on September 26, 2022.

*[signature: Lucille Suppach-Samson]*
Lucille Suppach-Samson

Page 2 – DECLARATION of Lucille Suppach-Samson In Support of Supplemental Memorandum by *Amicus Curiae* The Confederated Tribes of the Warm Springs Reservation of Oregon
12805.09827\40721427.3

EXHIBIT 2
PAGE 2 OF 3

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

BEST BEST & KRIEGER LLP

*s/ Josh Newton*
Josh Newton, Bar No. 983087
Sarah Monkton, Bar No. 196018

*Of Attorneys for The Confederated Tribes of the Warm Springs Reservation of Oregon*