IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **E.J.T.,** a minor, by and through his Conservator, InTRUSTment, Northwest, Inc.,<br><br>      Plaintiff,<br><br>    v.<br><br>**JEFFERSON COUNTY,** a public body; **TYLER W. ANDERSON,** in his individual capacity; and **ARJANG ARYANFARD**, in his individual capacity,<br><br>      Defendants. | Case No.:  3:20-cv-01990-JR<br><br>**JOINT CASE MANAGEMENT SCHEDULE** |

  The parties hereby submit this Joint Case Management Schedule pursuant to the February 6, 2023 Docket Entry [ECF #113].

  Plaintiff moved for reconsideration and entry of a Rule 54(b) judgment on February 21, 2023 [ECF #114].  All defendants oppose some or all of the motion.

  The Jefferson County defendants plan to move for summary judgment, and intend to confer with plaintiff regarding additional discovery needed.

**PAGE 1 – JOINT CASE MANAGEMENT SCHEDULE**

Plaintiff and the Jefferson County defendants suggest a further Joint Case Management Schedule be filed after the court rules on plaintiff's motion for reconsideration and entry of Rule 54(b) judgment.

Respectfully submitted February 24, 2023.

                LAW OFFICE OF ERIN OLSON, P.C.

*[signature]*

Erin K. Olson, OSB 934776
eolson@erinolsonlaw.com

*Of Attorneys for Plaintiff*

LAW OFFICE OF ROBERT E. FRANZ, JR.

/s/ Robert E. Franz, Jr.

Robert E. Franz, Jr., OSB 730915
rfranz@franzlaw.comcastbiz.net
*Of Attorneys for Defendants*
*Jefferson County and Tyler Anderson*

DAVIS ROTHWELL EARLE & XOCHIHUA P.C.

/s/ Daniel S. Hasson

Daniel S. Hasson, OSB 052773
dhasson@davisrothwell.com
*Of Attorneys for Defendant Arjang Aryanfard*

**PAGE 2 – JOINT CASE MANAGEMENT SCHEDULE**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document on the following by e-mail attachment addressed as follows:

Robert E. Franz, Jr.
Law Office of Robert E. Franz, Jr.
P.O. Box 62
Springfield, OR  97477
rfranz@franzlaw.comcastbiz.net
    *Attorney for Defendants Jefferson County and Tyler Anderson*

Daniel S. Hasson
William G. Earle
Jonathan Henderson
Davis Rothwell Earle & Xóchihua P.C.
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
dhasson@davisrothwell.com
wearle@davisrothwell.com
jhenderson@davisrothwell.com
    *Attorneys for Defendant Arjang Aryanfard*

Josh Newton
Best Best & Krieger
360 SW Bond Street, Suite 400
Bend, OR  97702
Josh.newton@bbklaw.com
    *Attorney for Amicus Curiae The Confederated Tribes of Warm Springs*

Dated:   February 24, 2023.

_____
Erin K. Olson, OSB 934776
Of Attorneys for Plaintiff E.J.T.

**PAGE 3 – JOINT CASE MANAGEMENT SCHEDULE**