IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **E.J.T.,** a minor, by and through his Conservator, InTRUSTment, Northwest, Inc., <br><br>    Plaintiff, <br><br> v. <br><br> **JEFFERSON COUNTY,** a public body; and **TYLER W. ANDERSON,** in his individual capacity, <br><br>    Defendants. | Case No.: 3:20-cv-01990-JR <br><br> **JOINT CASE MANAGEMENT SCHEDULE** |

The parties hereby submit this Joint Case Management Schedule pursuant to the April 20, 2023, Docket Entry [ECF #123].

Plaintiff and the Jefferson County defendants agree to the following schedule per LR 16:

| Event or Requirement | Date |
|---|---|
| Non-expert discovery cut-off | September 1, 2023 |
| Dispositive motions deadline | October 16, 2023 |
| Expert and Pretrial Disclosures | Per FRCP 26 |
| Joint Proposed Pretrial Order | 60 days before trial |
| Trial Date | Late February 2024. |

**PAGE 1 – JOINT CASE MANAGEMENT SCHEDULE**

Within the next 30 days, Plaintiff anticipates filing motions to compel discovery and to amend the complaint (to ensure the issues of amendment previously raised are properly preserved for appeal).

Defendants have advised they will move for summary judgment at the appropriate time.

The parties agree that the case would not benefit from private or court-sponsored ADR.

Respectfully submitted May 4, 2023.

LAW OFFICE OF ERIN OLSON, P.C.

Erin K. Olson, OSB 934776
eolson@erinolsonlaw.com

*Of Attorneys for Plaintiff*

LAW OFFICE OF ROBERT E. FRANZ, JR.

/s/ Robert E. Franz, Jr.

Robert E. Franz, Jr., OSB 730915
rfranz@franzlaw.comcastbiz.net
*Of Attorneys for Defendants*
*Jefferson County and Tyler Anderson*

**PAGE 2 – JOINT CASE MANAGEMENT SCHEDULE**